IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID WILLIAMS,                                                                                    PLAINTIFF
ADC #78730

VS.                              CASE NO. 5:05CV00114 JMM

KAY BROADNAX, et al.                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that defendants' motion for summary judgment is hereby granted, and that plaintiff's complaint against defendants is hereby dismissed with prejudice.

SO ADJUDGED this 10th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE